IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KATRINA RENEE SURRATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:24CV43 |
| v. | ) | 1:16CR13-2 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, a document entitled "Motion for Reconsideration 18 U.S.C. 3742(e) Post-Sentencing Rehabilitation Programming" (Docket Entry 108). The statute she cites, 18 U.S.C. § 3742, does not empower the Court to reduce her sentence. That statute deals with direct appeals and sentencing after remand on direct appeal. It does not allow the Court to simply resentence a defendant at any point following the original sentencing. Petitioner's case is not before the Court on a remand following a direct appeal, which means that § 3742 is irrelevant. Further, because Petitioner seeks to challenge the sentence she received in this Court and the proper avenue for such a challenge is ordinarily a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, the Court will construe the submission as such a motion. However, the Motion cannot be further processed because court records reveal that Petitioner previously filed a § 2255 motion attacking the same conviction and sentence [No. 1:20CV566]. Consequently, if Petitioner seeks to proceed under § 2255, she must move in the United States Court of Appeals for the Fourth Circuit for

an order authorizing this district court to consider any motion under § 2255, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 10/07), Instructions, ¶ (4) (copy enclosed). Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure state any claim under 18 U.S.C. § 3742 or to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS THEREFORE ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner intends to proceed under § 2255 and obtains approval from the Fourth Circuit.

This, the 1st day of February, 2024.

/s/ Joe L. Webster
United States Magistrate Judge

2