IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KATRINA RENEE SURRATT,              )
                                    )
              Petitioner,           )
                                    )
        v.                          )          1:16-cr-13-2
                                    )          1:24-cv-43
UNITED STATES OF AMERICA,           )
                                    )
              Respondent.           )

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on February 1, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. 109). The Recommendation was served on the parties in this action on February 1, 2024. (Doc. 110.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 109), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to state a claim under 18 U.S.C. § 3742 or to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of

appeals as required by 28 U.S.C. §§ 2255 and 2254 and Fourth Circuit Local Rule 22(d.)

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 13th day of May, 2024.

_____
United States District Judge

- 2 -